UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY S. SIMS,

    Plaintiff,

v.

    Case No. 21-cv-12563
    Hon. Matthew F. Leitman

CORIZON CORPORATION,

    Defendant.
_____/

## JUDGMENT

The above-entitled action came before the Court on a Plaintiff's Complaint.

In accordance with the Order entered on this day:

    **IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED**.

    **IT IS FURTHER ORDERED** that an appeal could not be taken in good faith.

    KINIKIA ESSIX
    CLERK OF COURT

    By:    s/Holly A. Ryan
            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 25, 2022
Detroit, Michigan